McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Nov 12, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> QUENTIN CARTHEN AKA QQ, <br> Defendant. | CASE NO. 2:20-cr-0210-KJM <br><br> [PROPOSED] ORDER TO SEAL <br><br> **(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney VINCENZA RABENN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: November 12, 2020

*Kendall J. Newman*
Kendall J. Newman, United States Magistrate Judge
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE