PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00210-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| QUENTIN CARTHEN, | DATE: December 6, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 6, 2021.

2. By this stipulation, defendant now moves to continue the status conference until January 10, 2022, and to exclude time between December 6, 2021, and January 10, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 100 pages of police reports, surveillance video, photographs, and other investigative reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the discovery, discuss a

possible resolution with the defendant, conduct research and otherwise prepare for trial.  Since the last continuance in this matter, counsel for the defendant has filed an additional motion for bail review and continued communicated with his client about a potential resolution. Counsel also continues to investigate possible mitigating evidence to present to the prosecution in hopes of reaching a resolution. Counsel needs additional time to continue to conduct this investigation.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2021 to January 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  December 3, 2021                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ ROSS PEARSON
                                            ROSS PEARSON
                                            Assistant United States Attorney

Dated:  December 3, 2021                    /s/ MARK REICHEL
                                            MARK REICHEL
                                            Counsel for Defendant
                                            QUENTIN CARTHEN
                                            (Authorized by phone on
                                            December 3, 2021)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.  The status conference is RESET for January 10, 2022, at 9:00 a.m., and the time between December 6, 2021, and January 10, 2022, is excluded under Local Code T4.

DATED:  December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE